NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1130

INVENTORPRISE, INC.,

Plaintiff-Appellant,

v.

TARGET CORPORATION and
TARGET BRANDS, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of New York in case no. 09-CV-0380, Chief Judge Thomas J. McAvoy.

ON MOTION

ORDER

Upon consideration of Inventorprise, Inc.'s motion to voluntarily dismiss its appeal, from the United States District Court for the Northern District of New York, case no. 09-CV-0380,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

FEB 0 3 2010
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:    Heather V. Miller, Esq.
       Joel R. DelMaster, Jr., Esq.

s21

ISSUED AS A MANDATE:      FEB 0 3 2010

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 3 2010

JAN HORBALY
CLERK